NEW YORK CITY HOUSING AUTHORITY, Landlord, Appellant, *v.*
GEORGE CURINGTON, Tenant, Respondent.

Supreme Court, Appellate Term, Second Department, April 22, 1944.

*Ignatius M. Wilkinson, Corporation Counsel* (*William A.
Marks* of counsel), for appellant.

No appearance for respondent.

MEMORANDUM *Per Curiam.* Final order unanimously reversed
upon the law, with ten dollars costs to landlord, and final order
directed in favor of the landlord. The issuance by the Office
of Price Administration of a certificate authorizing the land-

lord to proceed under local law was not disputed. By subdivision (b) of section 6 of the regulations promulgated by the Office of Price Administration (8 Fed. Reg. 13,914), the issuance of the certificate made inapplicable the general provisions of section 6 as to grounds for removal, and permitted the landlord to proceed in accordance with section 1410 of the Civil Practice Act. The tenancy expired by service of the notice and the landlord was entitled to possession (*New York Housing Authority* v. *Daly* [App. Term, 2d Dept.] N. Y. L. J. October 28, 1941, p. 1256, col. 6).

Concur: MacCrate, McCooey and Steinbrink, JJ.